**Jacqueline LEACH, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7053.

United States Court of Appeals,
Federal Circuit.

July 12, 2007.

Andrew J. Vance, Finnegan, Henderson, Farabow, Garrett & Dunner LLP, of Washington, DC, argued for claimant-appellant. Mark R. Lippman, The Veterans Law Group, of La Jolla, CA, for claimant-appellant.

Christopher J. Carney, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before MAYER and LOURIE, Circuit Judges and LINARES, District Judge.*

---

* Honorable Jose L. Linares, District Judge, United States District Court for the District of

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.